UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | NO. | 22-mj-1083 |
| v. | ) | | |
| | ) | 18 U.S.C. § 922(g)(1) | |
| MICHAEL NELSON, | ) | 18 U.S.C. § 924 | |
| JAMES CLEMONS | ) | | |
| | ) | | |
| | ) | | |

## MOTION TO SEAL COMPLAINT

The United States of America, by and through Mark H. Wildasin, United States Attorney, and Steven T. Brantley, Special Assistant United States Attorney, hereby moves this Court to seal the Complaint in this case.

Defendant James CLEMONS is not in custody. If the Complaint is not sealed until such time as CLEMONS is arrested, there will be a risk of flight of that Defendant. Additionally, not sealing the Complaint would create a danger to the officers responsible for arresting CLEMONS.

WHEREFORE, for the above reasons, the United States respectfully requests the Complaint be sealed as described in the attached Proposed Order.

Respectfully submitted,

Mark H. Wildasin
United States Attorney
Middle District of Tennessee

*/s/ Steven T. Brantley*
STEVEN T. BRANTLEY
Special Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 401-6650